## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### Collins vs. State of New York, et al.

Page  1  of _____

Case No.       5:07-CV-493

Date:       March 12, 2012

Presiding Judge:   Hon. Glenn T. Suddaby

(X )  Plaintiff        (  )  Defendant        (  )  Court

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-1 | 3/12/12 | 3/12/12 | Exhibit removed | Collins | Plaintiff's Amended Federal Complaint |
| P-2 | 3/12/12 | 3/12/12 | | Collins | State of NY DOCS Employees' Manual 6/99 |
| P-3 | 3/12/12 | 3/12/12 | Directive 2608 removed | Collins Mayville | NYS DOCs Training in the Prevention of Sexual Harassment |
| P-4 | 3/12/12 | 3/12/12 | | Collins Mayville | NYS DOCS Orientation Handbook for Female Staff Working in an Institutional Setting |
| P-5 | | | | | Letter from Penny Collins to Glenn Goord dated 7/20/06 |
| P-6 | 3/14/12 | 3/14/12 | w/ redactions | Hoefling | State of NY DOCS Employees' Manual 9/07 |
| P-7 | | | | | Letter from Penny Collins to Brian Fischer re: Gender Discrimination and Sexual Abuse dated 3/17/07 |
| P-8 | 3/19/12 | | | Graham | Statement of Harold Graham given to Mary Mayville subscribed to 2/13/06 |
| P-9 | 3/19/12 | 3/19/12 | w/ redactions | Graham | Memorandum to Harold Graham from Charlie Harvey re: unnamed Security Staff dated 4/27/06 |

Exhibits returned to counsel (date):      3/21/ 2012

Signature:      K. Easton

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-10 | | | | | Memorandum to Charlie Harvey from Harold Graham re: unnamed Security Staff dated 5/5/06 |
| P-11 | 3/13/12 | 3/13/12 | | Collins Graham | Memorandum to Troy Mitchell from Penny Collins dated 11/10/05 |
| P-12 | 3/13/12 | 3/13/12 | w/ redactions | Collins Kaplan | Verified Complaint of Penny Collins filed with NYSDHR subscribed to 5/30/06 |
| P-13 | 3/13/12 | 3/13/12 | w/ redactions | Collins Kaplan | Verified Amended complaint of Penny Collins filed with NYSDHR subscribed to 5/23/06 |
| P-14 | 3/16/12 | | | Kaplan | State of NY Executive Department of Human Rights Final Investigation Report dated 8/7/06 |
| P-15 | 3/13/12 | 3/16/12 | | Collins Burge | Memorandum to Superintendent Burge from Penny Collins re: verbal abuse (Sgt. Wright) dated 6/26/05 |
| P-16 | | | | | Memorandum to Patrick Reardon from J.W. Burge dated 9/13/05 |
| P-17 | 3/12/12 | 3/12/12 | | Collins | Letter to Penny Collins from Charles Harvey dated 9/28/05 |
| P-18 | 3/16/12 | 3/16/12 | w/ redactions | Burge | Memorandum to Judge Burge from Penny Collins dated 10/2/05 re: Discrim. and SH |
| P-19 | | | | | Statement of John Hoefling given to Mel Brown subscribed to 7/16/04 |
| P-20 | 3/12/12 | 3/12/12 | | Collins Hoefling | Handwritten Sign "Johnny's Love Shack" |
| P-21 | 3/12/12 | 3/12/12 | | Collins Hoefling | Handwritten Sign "Honeymooners Do Not Disturb" |
| P-22 | 3/15/12 | 3/15/12 | | Mayville | Statement of Penny Collins to Mary Mayville subscribed to 11/29/06 |
| P-23 | 3/15/12 | 3/15/12 | | Mayville | Statement of Penny Collins to Mary Mayville subscribed to 1/25/06 |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-24 | | | | | State of NY Workers' Compensation Board Notice of Decision |
| P-25 | 3/13/12 | 3/13/12 | | Collins Graham | NYSCOPBA Grievance Form, signed by Penny Collins 12/20/05 |
| P-26 | | | | | State of NY Workers' Compensation Form C-3 signed by Penny Collins 10/8/06 |
| P-27 | | | | | State of NY Workers' Compensation Form C-3 signed by Penny Collins 11/2/06 |
| P-28 | 3/13/12 | 3/13/12 | | Collins | State of NY Department of Correctional Services Employee Accident/Injury Report signed by Penny Collins |
| P-29 | | | | | Workers' Compensation Benefit Election Form signed by Penny Collins |
| P-30 | | | | | Letter from John A. Alley MD to whom it may concern re: Penny Collins dated 2/22/07 |
| P-31 | | | | | Letter from John A. Alley MD to Workman's Compensation Board Re: Penny Collins dated 8/29/07 |
| P-32 | | | | | Medical records of John A. Alley MD re: Penny Collins |
| P-33 | 3/15/12 | 3/15/12 | | Alley | US DOL form about Penny Collins signed by John A. Alley MD dated 12/29/05 |
| P-34 | 3/13/12 | 3/13/12 | | Collins | Receipt for Professional Services from Craig W. Humphrey, Ph.D. re: Penny Collins dated 2/13/06 |
| P-35 | | | | | Health Insurance Claim Form from Stephen F. Coleman, Psy.D. re: Penny Collins |
| P-36 | | | | | Health Insurance Form from Paul Hones LCSW re: Penny Collins |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-37 | | | | | State of NY Workers' Compensation Board Employer's Statement of Earnings by K. Stafford dated 11/22/06 |
| P-38 | | | | | Ledger and Major Medical History from 12/7/05 to 10/15/07 from John A Alley MD |
| P-39 | 3/15/12 | 3/15/12 | | Alley | State of NY DOCs Auburn Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 1/20/06 |
| P-40 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Auburn Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 2/10/06 |
| P-41 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 11/2/06 |
| P-42 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 12/22/06 |
| P-43 | | | | | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 12/22/06 |
| P-44 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A Alley MD dated 1/16/07 |
| P-45 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 2/20/07 |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-46 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 3/8/07 |
| P-47 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 4/4/07 |
| P-48 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 5/8/07 |
| P-49 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 6/6/07 |
| P-50 | | | | | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 7/9/07 |
| P-51 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 7/9/07 |
| P-52 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 8/10/07 |
| P-53 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 9/10/07 |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-54 | 3/15/12 | 3/15/12 | | Alley | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 10/10/07 |
| P-55 | | | | | State of NYDOCS Eastern NY Correctional Facility Certificate of Medical Documentation re: Penny T. Collins from John A. Alley MD dated 12/22/06 |
| P-56 | 3/15/12 | | | Alley | National Center for PTSD Fact Sheet from John A. Alley MD (2 pages) |
| P-57 | 3/15/12 | 3/15/12 | | Alley | Medical records of John A. Alley MD (8 pages) |
| P-58 | 3/15/12 | 3/15/12 | | Alley | Medical records of John A. Alley MD (14 pages) |
| P-59 | | | | | Report on Economic losses by Kenneth W. Reagles, Ph.D. dated 11/14/08 |
| P-60 | 3/12/12 | | | Collins | Memorandum from Penny Collins to Superintendent Walsh dated 6/16/04 re: Harassment in the work place |
| P-61 | 3/12/12 | 3/13/12 | | Collins | Memorandum from P. Collins, CO to Lt. Reilly subject ongoing harassment dated 6/19/04 |
| P-62 | 3/12/12 | 3/13/12 | | Collins | Letter from Charlie Harvey to P. Collins dated 10/12/2004 |
| P-63 | | | | | Grievance form stamped received Superintendent's Office, 7/12/05, grievance number 11AUB05 |
| P-64 | | | | | Statement of Penny Collins affirmed on 7/19/05 |
| P-65 | 3/19/12 | | | Graham | Memorandum from CO Penny Collins to Sgt. Mark Petrocino subject: female locker room, dated 11/11/05 |

  
| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-66 | 3/13/12 | | | Collins | Memorandum from Penny Collins to Commissioner Glenn Goord dated 11/13/05 |
| P-67 | | | | | Memorandum from Mary T. Mayville to Charlie R. Harvey dated 4/27/06 subject Penny Collins- complaint of gender discrimination 05098AUB |
| P-68 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 10/28/02 to 12/20/02 |
| P-69 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 12/23/02 to 1/10/03 |
| P-70 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 5/26/03 to 8/4/03 |
| P-71 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 8/4/03 to 10/6/03 |
| P-72 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 10/28/03 to 4/28/04 |
| P-73 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 6/28/04 to 10/27/04 |
| P-74 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 10/28/04 to 10/27/05 |
| P-75 | 3/13/12 | 3/13/12 | | Collins | Performance review of Penny Collins for period 10/28/05 to 3/26/06 |
| P-76 | 3/14/12 | | | Reagles | Curriculum Vitae Kenneth W. Reagles, Ph.D. dated January 2008 |
| P-77 | 3/13/12 | 3/13/12 | | Collins | Letter to P. Collins from Lynn Lilley dated April 27, 2009 re: termination |
| P-78 | | | | | Statement of P. Collins |
| P-79 | 3/15/12 | 3/15/12 | | Alley First | Medical Records of John Alley MD |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-80 | 3/15/12 | 3/15/12 | | Alley | Medical Records of John Alley MD |
| P-81 | 3/14/12 | 3/14/12 | . | Reagles | Reagles updated report |
| P-81a - k | 3/14/12 | | | Reagles | Enlarged exhibits - poster board |
| P-82 | 3/14/12 | | | Reagles | Dr. Reagles file notebook |
| P-83 | 3/15/12 | 3/15/12 | | Reagles | Curriculum Vitae of Kenneth Reagles, Ph.D. |
| P-84 | 3/15/12 | | | Alley | Letter from Dr. Alley to Auburn dated 2/10/06 |
| P-85 | 3/16/12 | | | Kaplan | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |