# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**PENNY T. COLLINS,**

    **Plaintiff,**

 -v.-               5:07-cv-493
                    (GTS/DEP)

**NEW YORK STATE DEP'T OF CORR. AND CMTY. SERVS.; JOHN BURGE; HAROLD GRAHAM; and TROY MITCHELL,**

    **Defendants.**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Penny T. Collins is awarded $252,326.25 in attorney's fees, $12,976.00 in paralegal fees, $9,042.27 in expert fees, and $13,493.39 in costs, for a total award of $287,837.91.

All of the above pursuant to the Memorandum-Decision & Order of the Honorable Judge Glenn T. Suddaby, dated the 22nd day of October, 2012.

DATED: October 22, 2012

                      *Lawrence K. Baerman*
                      Clerk of Court

                      L. Welch
                      Deputy Clerk